THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EUGENE ROWAN, Appellant.

(Submitted April 13, 1936; decided April 21, 1936.)

*Charles P. Sullivan, District Attorney (John H. W. Krogmann* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.